# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
UNITED STATES OF AMERICA V. BOZIDAR KELIC

Case Number: 08CR453 #2)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BOZIDAR KELIC

**FILED**

JUL X 1 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
|---|
| SHELDON SOROSKY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ SHELDON SOROSKY |

| FIRM |
|---|
| KAPLAN AND SOROSKY |

| STREET ADDRESS |
|---|
| 158 WEST ERIE |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2677318 | 312 640 1776 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✔     APPOINTED COUNSEL ☐